# CITY OF BRIDGEPORT *v.* ALI LIAQUAT ET AL.
## (AC 32931)

Gruendel, Bear and Dupont, Js.

Argued October 26—officially released November 15, 2011

Per Curiam. The judgment is affirmed.

# EARL G. *v.* COMMISSIONER OF CORRECTION
## (AC 31980)

Beach, Espinosa and Peters, Js.

Argued October 26—officially released November 15, 2011

Per Curiam. The appeal is dismissed.

# TYEHIMBA ADEYEMI *v.* COMMISSIONER OF CORRECTION
## (AC 33020)

DiPentima, C. J., and Robinson and Alvord, Js.

Submitted on briefs October 28—officially released November 15, 2011

Per Curiam. The appeal is dismissed.